UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE C SMITH, et al., Plaintiffs, v. NATIONSTAR MORTGAGE LLC, Defendant. | Case No. 18-cv-05612-YGR **CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

# PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 10, 2020 at 2:00 p.m. |
| PREVIOUSLY REFERRED TO ADR FOR COURT MEDIATION. MEDIATION IS SET FOR: | October 2, 2019 Mediation date set |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | With Court Approval or good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | January 31, 2020 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: February 7, 2020 Rebuttal: February 17, 2020 |
| EXPERT DISCOVERY CUTOFF: | February 28, 2020 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | April 28, 2020; filed by 3/31/2020 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 3, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge