UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE C SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | Case No. 18-cv-05612-YGR   (DMR)<br><br>**ORDER TO SHOW CAUSE** |

The court scheduled a pre-settlement conference call to take place on April 1, 2020 at 11:30 a.m. [Docket No. 59.] Plaintiff's counsel failed to appear for the call. By no later than April 6, 2020, Plaintiff's counsel shall show cause in writing why she failed to appear for the settlement planning call. Failure to comply with this order may result in sanctions.

**IT IS SO ORDERED.**

Dated: April 1, 2020



Donna M. Ryu
United States Magistrate Judge